UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81895-WPD

CHRISTINE CHEN,
and all other similarly situated
employees of SS&C,

    Plaintiff,

vs.

SS&C Technologies, Inc.,

    Defendant.
_____/

### ORDER OF TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK

THIS CAUSE is before the Court on Magistrate Judge McCabe's Paperless Order, dated December 16, 2022, wherein Magistrate Judge McCabe ordered Defendant to file a response on or before December 28, 2022 if Defendant opposes transfer to the Southern District of New York. [DE 13]. That date passed, and Defendant did not file a response.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is directed to **TRANSFER** the above-styled case to the Southern District of New York. The Clerk shall **CLOSE** the case file in this district and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 30th day of December, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record